In the Matter of the Application of BRIDGET COLLINS for the Appointment of Commissioners to Appraise her Damage Caused by Change of Grade of Beekman Street in the Village of Saratoga Springs.

(Argued November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made July 8, 1893, which reversed an order of Special Term setting aside and vacating an order appointing commissioners.

*Edgar T. Brackett* for appellant.

*William H. McCall* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

DIRCK DODE, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Argued November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 30, 1893, which affirmed an order of Special Term granting plaintiff an extra allowance.

*Frederick Allis* for appellants.

*Henry A. Forster* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.